#96243S3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
MAR 22 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America
v.
Wilson Alfonso Overton
*Defendant*

Case No. 1:16MJ121

RECEIVED
UNITED STATES MARSHAL
2016 MAR 16 PM 12:10
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Wilson Alfonso Overton ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

The defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer or employee of the United States Government while engaged in or on account of the performance of official duties. Such acts involved physical contact with the victim and were done with the intent to commit another felony., in violation of Title 18 United States Code 111(a)(1) and (b).

Date: March 16, 2016

/s/
John F. Anderson
United States Magistrate Judge

City and state: Alexandria, Virginia

*Printed name and title*

### Return

This warrant was received on *(date)* 03/16/16 , and the person was arrested on *(date)* 03/21/16
at *(city and state)* MCLEAN, VA .

Date: 3/22/16

B. MARTIN #447
*Arresting officer's signature*

OFFICER
*Printed name and title*