TYPE OF HEARING: **R5**
CASE NUMBER: **16mj121**
MAGISTRATE JUDGE: <u>Ivan D. Davis</u>
DATE: **3/22/16**
TIME: **2pm**

EASTERN DISTRICT OF VIRGINIA          TAPE: <u>FTR RECORDER</u>
DEPUTY CLERK: <u>Whitney Garnett</u>

UNITED STATES OF AMERICA

VS.

**Wilson Alfonso Overton**

GOVT. ATTY **Sean Welsh**

DEFT'S ATTY **w/out counsel**

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( ✓ ) **Deft will retain counsel.**
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

**Gov't is seeking detention - Granted pending PH/DH. Deft remanded to the custody of the USMS.**

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )

BOND **Gov't motion to amend complaint to 18USC111(a)(1) - Granted.**

NEXT COURT APPEARANCE **3/24/16**   TIME **2pm**
**PH/DH**

**5min.**