AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR 22 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16mj121 |
| Wilson Alfonso Overton | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 301 |
|---|---|---|
| | | Date and Time: 3/24/16 2pm |

IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 3/22/16

/s/
Ivan D. Davis
United States Magistrate Judge

*Printed name and title*